# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER ANDERSEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
CITY OF LAS VEGAS,
Real Party in Interest.

No. 74712

FILED

FEB 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of habeas corpus or a writ of mandamus. Petitioner Christopher Andersen argues that the district court erroneously denied his appeal challenging the municipal court's denial of a demand for a jury trial for a misdemeanor domestic battery offense. Recognizing that the right to a jury trial exists only for serious offenses, *see Blanton v. North Las Vegas Mun. Ct.*, 103 Nev. 623, 748 P.2d 494 (1987), *aff'd sub nom. Blanton v. North Las Vegas*, 489 U.S. 538 (1989), Andersen argues, among other things, that misdemeanor domestic battery is a serious offense because it results in the lifetime prohibition of gun possession pursuant to federal and state law.

Andersen has submitted an insufficient appendix for this court's review of the district court's decision. Notably, the appendix is missing the judgment and documents related to the appeal (briefs, the district court's order, and transcripts). *See* NRAP 21(a)(4) ("The appendix shall include a copy of any order or opinion, parts of the record before the respondent judge . . . or any other original document that may be essential

SUPREME COURT
OF
NEVADA

(O) 1947A

18-06308

to understand the matters set forth in the petition."). Without the necessary documents for this court's review, we decline to exercise our original jurisdiction. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that a petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that whether to consider a writ petition is within this court's discretion). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Rob Bare, District Judge
The Pariente Law Firm, P.C.
Attorney General/Carson City
Las Vegas City Attorney
Eighth District Court Clerk